```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,       )
                                )           4:07CR3082
            Plaintiff,          )
                                )
      vs.                       )           ORDER
                                )
SHANTELLA RAYE JORDAN,          )
                                )
            Defendant.          )

     The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

     **IT THEREFORE HEREBY IS ORDERED** that Denise E. Frost is appointed as attorney of record for the above-named defendant.

     **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

     **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the defendant's attorney.

     DATED June 22, 2007.

                                  BY THE COURT

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge